IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HAKIM NASEER,

    Plaintiff,

v.

CAPT. RADTKE, C/O NEUMAIER, C/O ISAACSON,
C/O SWENSON, C/O PULVER, C/O TRIMBLE,
C/O KROCKER, 2ND SHIFT STAFF, D/S-1 OFFICERS
(JOHN DOE), 1ST SHIFT SERGEANT, D/S-1
OFFICER (JOHN DOE), 1st SHIFT SUPERVISOR
(JOHN DOE), 2ND SHIFT SUPERVISOR (JOHN
DOE), 1ST SHIFT CONTROL STATUS OBSERVING
OFFICER (J.D), 2ND SHIFT CONTROL STATUS
OBSERVING OFFICER (J.D) and DR. TOBIASZ,

    Defendants.

ORDER

09-cv-569-bbc

---

    Plaintiff has moved for a court order directing the named defendants to identify the John Doe defendants. Plaintiff is entitled to this information, but he should obtain it in a different format. Plaintiff should serve a discovery demand on defendants' attorney asking for this information. In making his demands, plaintiff should provide as much information as he has to ensure that the defendants are able to identify the correct person.

    The defendant then will have up to the usual 30 days to plaintiffs' interrogatories on this point. Defendants should file a copy of this discovery response with the court as a placeholder on the calendar.

    Not later than 14 days after receiving this discovery, plaintiff must file and serve an amended complaint that substitutes the names of the identified officers for the "John Doe" designations in the complaint. Plaintiff may simply submit a photocopy of his original complaint with the Doe designations crossed out and the names of the actual defendants written

Copy of this document has been provided to P [?]
this 4th day of Mar 2010
by [signature]
C. A. Korth, Secretary to
Magistrate Judge Crocker

legibly above or beside the cross-outs Plaintiff is not authorized to make any other changes to his complaint.

Assuming that the now-identified Doe defendants still work for the state, they then must answer the complaint in the usual course. If any of the defendants no longer is a state employee, then service and response might be more complicated, but that is not today's concern.

Entered this 4th day of March, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge