IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAKIM NASEER,

    Plaintiff,

v.

CAPTAIN RADTKE, C/O NEUMAIER,
C/O ISAACSON, C/O SWENSON,
C/O PULVER, C/O TRIMBLE, C/O KROCKER,
DR. TOBIASZ, SGT. ROBERT MORRIN,
SGT. JAMES KOTTKA, C/O RYAN ARMSON,
BRIAN CAHAK, WILLIAM CONROY,
JONATHAN PARKER, LOGAN WALKER,
LT. THOMAS SCHOENBERG and
CAPT. SEAN SALTER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-569-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Captain Dylon Radtke, Brian Neumaier, Mark Isaacson, Ronald Swenson, Alan Pulver, Victor Trimble, Jason Krocker, Dr. Ryan Tobiasz, Sergeant Robert Morrin, Sergeant James Kottka, Ryan Armson, Brian Cahak, William Conroy, Jonathan Parker, Logan Walker, Lieutenant Thomas Schoeneberg and Captain Sean Salter granting their motion for summary judgment and dismissing this case.

_____       10/21/10
Peter Oppeneer, Clerk of Court          Date